# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re                                                    Case No.

    **Richard Alan Pierce**

_____ Debtor(s).     /

## CREDITOR MATRIX COVER SHEET

    I declare that the attached Creditor Mailing Matrix, consisting of __2__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **July 17, 2021**

                            **/s/ Arasto Farsad**
                            Signature of Debtor's Attorney or Pro Per Debtor

ACAR Leasing LTD
P.O. Box 183853
Arlington, TX 76096-3853


BMW Financial
P.O. Box 3608
Dublin, OH 43016


Collection Division
San Bernardino County
157 W. 5th Street, Fl 2
San Bernardino, CA 92415


Ford Motor Credit Company, LLC
Dept 55953
P.O. Box 55000
Detroit, MI 48255-0001


Franchise Tax Board
Bankruptcy Section MS A340
P.O. Box 2952
Sacramento, CA 95812-2952


GM Financial
P. O. Box 181145
Arlington, TX 76096


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Law Offices of Edward T. Weber
17151 Newhope St., #203
Fountain Valley, CA 92708-4226

Mlnarik Law Offices
2930 Bowers Avenue
Santa Clara, CA 95051-0919


Pierce Contractors, Inc.
194 Lantz Drive
Morgan Hill, CA 95037-9346


Rash Curtis & Associates
P. O. Box 5790
Vacaville, CA 95687


Richard W. Joyce and
Yong Cha Joyce
212 E. Grand Coulee Ave.
Grand Coulee, WA 99133-9457


Santa Clara County Tax Collector
70 W. Hedding St.
San Jose, CA 95110


Sassan Raissi, et al
c/o Superior Loan Servicing
7525 topanga Canyon Blvd.
Canoga Park, CA 91303


Sullivan Water Co.
175 Scheller Ave.
Morgan Hill, CA 95037-9343


William Healy, Esq.
748 Holbrook Place
Sunnyvale, CA 94087-1802