In re

**RICHARD ALAN PIERCE,**

Debtor

)
)
)
)
)
)
)
)
)
)

Bankruptcy No.: **21-50957**
R.S. No.: **ETW- 001**
Hearing Date: Date: August 3, 2021

Time: Time: 10:00 a.m.
Place: Place: 280 South First Street, Courtroom 9,
San Jose, CA 95113
Via Telephonic Hearing/Video

Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: **July 17, 2021 – Chapter 11**
Prior hearings on this obligation:

_____ Last Day to File §523/§727 Complaints:

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):
Secured Creditor    [ ] or lessor [ ]

| | | |
|---|---|---|
| Fair market value: | $ _____ | Source of value: _____ |
| Contract Balance: | $ _____ | Pre-Petition Default: $ _____ |
| Monthly Payment: | $ _____ | No. of months: _____ |
| Insurance Advance: | $ _____ | Post-Petition Default: $ _____ |
| | | No. of months: _____ |

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):
**Residence: 194 LANTZ DRIVE, MORGAN HILL, CALIFORNIA**

Fair market value: $ **1,800,000.00**    Source of value: **Debtor's Sched**  If appraisal, date: **none**

Moving Party's position (first trust deed, second, abstract, etc.): **1st Lien**

| | | | |
|---|---|---|---|
| Approx. Bal. | **2,117,029.61** | Pre-Petition Default: | **$ 2,117,029.61** |
| As of (date): **6/17/21** | | No. of months: | **---** |
| Mo. Payment: | **$ N/A** | Post-Petition Default: | **$ ---** |
| Notice of Default (date): | **6/26/2020 ExE** | No. of months: | **---** |
| Notice of Trustee's Sale: | **10/7/2020 ExF** | Advances Senior Liens | **$ ---** |

Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | | Amount | Mo. Payment | Defaults |
|---|---|---|---|---|
| 1st Trust Deed: | Movant | $ **2,117,029.00** | $ _____ | $ _____ |
| 2nd Trust Deed: | Joyce – Second | $ **336,000.00** | $ _____ | $ _____ |
| 3rd Trust Deed: | Joyce - Third | : $ **526,000.00** | | $ _____ |
| Tax Collector | | **$60,000.00** | | |
| | | $ **3,039,029.00** | | |

(D) Other pertinent information: There has been no discussions or arrangements for a loan modification. Loan is all due and payable, 5th bankruptcy filing since loan was made.

Dated: July 20, 2021

_____
Signature
**Edward T. Weber, Esq.**
_____
Print or Type Name
Attorney for    SASSAN RAISSI, A SOLE INDIVIDUAL, et al
Movant

CANB Documents Northern District of California