Edward T. Weber, Esq., #194963
Kristi M. Wells, Esq. #276865
**LAW OFFICES OF EDWARD T. WEBER**
17151 Newhope Street, Suite 203
Fountain Valley, California 92708
Telephone: 657-235-8359
Facsimile: 714-459-7853
Email: ed@eweberlegal.com

Attorney for Movant
SASSAN RAISSI, A SOLE INDIVIDUAL, AS TO AN UNDIVIDED 600,000/1,429,000 INTEREST; JERRY KIACHIAN, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY, AS TO AN UNDIVIDED 629,500/1,429,000 INTEREST; MOHSEN KEYASHJAN, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY, AS TO AN UNDIVIDED 200,000/ 1,429,000 INTEREST

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| In Re<br><br>RICHARD ALAN PIERCE,<br><br>    Debtor. | ) Case No.:21-50957<br>) *Chapter 11*<br>) RS: ETW-001<br>)<br>) **CERTIFICATE OF SERVICE IN**<br>) **SUPPORT OF MOTION FOR RELIEF**<br>) **FROM THE AUTOMATIC STAY**<br>) |

### CERTIFICATE OF SERVICE

I, declare and state as follows:

I am over the age of eighteen years, employed in the County of Orange, State of California, and not a party to the within action. My business address is: 17151 Newhope Street, Suite 203, Fountain Valley, California 92708.

1

On July 21, 2021, I served the within: **NOTICE OF MOTION FOR RELIEF FROM STAY, MOTION FOR RELIEF FROM STAY, DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM STAY WITH EXHIBITS, RELIEF FROM STAY COVER SHEET** on the parties in said action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

*Debtor*
**Richard Alan Pierce**
194 Lantz Dr.
Morgan Hill, CA 95037

*Co-Borrower*
**Pierce Contractors, Inc.**
194 Lantz Drive
Morgan Hill, CA 95037

*Debtor's Counsel*
**Arasto Farsad**
Farsad Law Office, P.C.
1625 The Alameda, Suite 525
San Jose, CA 95126

*U.S. Trustee*
Office of the U.S. Trustee / SJ
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

*U.S. Trustee Counsel*
**Trevor Ross Fehr**
Office of the U.S. Trustee
280 S 1st St. #268
San Jose, CA 95113

*20 Largest Unsecured Creditors*
Debtor has not filed a list of 20 Largest Unsecured Creditors.

By regular US mail: I caused such envelope with postage fully prepaid to be placed in

///

///

the United States Mail at Fountain Valley, California.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated: July 21, 2021

THERESA BLAIR