Edward T. Weber, Esq., #194963
Kristi M. Wells, Esq. #276865
**LAW OFFICES OF EDWARD T. WEBER**
17151 Newhope Street, Suite 203
Fountain Valley, California 92708
Telephone: 657-235-8359
Facsimile: 714-459-7853
Email: ed@eweberlegal.com

Attorney for Movant
SASSAN RAISSI, A SOLE INDIVIDUAL, AS TO AN UNDIVIDED 600,000/1,429,000 INTEREST; JERRY KIACHIAN, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY, AS TO AN UNDIVIDED 629,500/1,429,000 INTEREST; MOHSEN KEYASHJAN, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY, AS TO AN UNDIVIDED 200,000/ 1,429,000 INTEREST

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In Re<br><br>RICHARD ALAN PIERCE,<br><br>Debtor. | Case No.: 21-50957<br>*Chapter 11*<br>RS: ETW-001<br><br>**NOTICE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY INCLUDING RELIEF UNDER 11 U.S.C. SECTION 362(d)(4)**<br><br>Date: August 3, 2021<br>Time: 10:00 a.m.<br>Place: 280 South First Street, Courtroom 9, San Jose, CA 95113<br>Via Telephonic Hearing/Video |

## NOTICE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR TO CONFIRM NO STAY

TO DEBTOR, THE U.S. TRUSTEE, AND ALL OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that on August 3, 2021 at 10:00 a.m. in the U.S. BANKRUPTCY

1

COURT, 280 South First Street, Courtroom 9, San Jose, CA 95113, Via Telephonic Hearing or video, as directed by the court, the undersigned will bring on for hearing before the Honorable Stephen L. Johnson, Judge of the United States Bankruptcy Court, a Motion for Relief from Automatic Stay pursuant to 11 U.S.C. §362 regarding the subject property generally described as **194 LANTZ DRIVE, MORGAN HILL, CALIFORNIA.** A request for Shortened Notice is being filed concurrently herewith.

If you oppose this motion you must appear at the hearing via telephone or video conference or through counsel. Due to the Courthouse closure, all hearings are conducted by telephone or video conference (unless otherwise noted). No hearings are conducted in person. Please review the specific calendar page at www.canb.uscourts.gov/judge/montali/calendar. Effective March 1, 2021, the Bankruptcy Court no longer uses Court Call for its hearings. Instead, counsel, parties and other interested persons may appear telephonically via AT&T or Zoom. Instructions for appearing telephonically can be found on each individual judge's calendar page on the Bankruptcy Court's website: https://www.canb.uscourts.gov/calendars/judges. There is NO COST for these services. Failure to oppose or appear telephonically or by video may result in the motion being granted without further notice.

Movant further relies on the Motion, Declaration in Support of Motion for Relief from Automatic Stay, Exhibits, and Relief from Stay Information Cover Sheet filed separately and concurrently herewith.

LAW OFFICES OF EDWARD T. WEBER

Dated: July 20, 2021        By: /s/ Edward T. Weber
                                Edward T. Weber, Esq.
                                Attorneys for Movant