

The following constitutes the order of the Court.
Signed: July 22, 2021

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>**RICHARD ALAN PIERCE**,<br><br>Debtor. | Case No. 21-50957 SLJ<br><br>Chapter 11 |

## ORDER DENYING MOTION TO SHORTEN TIME

On July 21, 2021, Sassan Raisi, Jerry Kiachian, and Mohsen Keyashjan ("Secured Creditors) filed a motion seeking relief from the automatic stay to proceed with a State court unlawful detainer action against Debtor regarding real property at 194 Lantz Drive, Morgan Hill, California. ECF 12. Secured Creditors also filed a notice of hearing on that motion, setting a hearing for August 3, 2021, at 10:00 a.m., ECF 13, as well as a motion to shorten time requesting I allow the hearing to go forward at that date and time, ECF 14. The motion to shorten time states shortened notice is necessary because they have no equity cushion in the property, so they are at a substantial risk of loss.

I will deny the motion for shortened time and vacate the hearing. First, Bankruptcy Local Rule 9006-1(c)(4) requires such motions, when not made by stipulation, must include a declaration explaining what efforts were made to speak with the respondent to the motion,

and what reasons the respondent gave for refusing to stipulate to shortened time if the movant was able to reach the respondent. Secured Creditors' motion does not include this information. I also note that it is procedurally improper to set a hearing on shortened time before I have granted the motion requesting shortened time.

Accordingly, it is hereby ordered that Secured Creditors' motion to shorten time is denied, but without prejudice to Secured Creditors refiling it in accordance with the local rules. The hearing currently set for August 3, 2021 at 10:00 a.m. is vacated.

IT IS SO ORDERED

**END OF ORDER**

**COURT SERVICE LIST**

[ECF recipients]