| | | |
|---|---|---|
| **Fill in this information to identify your case:** | | |
| Debtor 1 | **Richard Alan Pierce** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | | |
| (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA | |
| Case number (if known) | 21-50957 SLJ | ☐ Check if this is an amended filing |

B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders 12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**
ACAR Leasing LTD
P.O. Box 183853
Arlington, TX 76096-3853

What is the nature of the claim?    $2,048.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:    -
   Unsecured claim

Contact
Contact phone

**2**
BMW Financial
P.O. Box 3608
Dublin, OH 43016

What is the nature of the claim?    $21,678.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:    -

Contact

| Debtor 1 | Richard Alan Pierce | Case number (if known) | 21-50957 SLJ |
|---|---|---|---|
| | Contact phone | Unsecured claim | |

### 3

**Collection Division
San Bernardino County
157 W. 5th Street, Fl 2
San Bernardino, CA 92415**

Contact

Contact phone

**What is the nature of the claim?**    **Government Miscellaneous Debt**    **$3,936.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
    Value of security:    -
    Unsecured claim

### 4

**Employment Development Dept.
BOCS M/C 91
P.O. Box 826218
Sacramento, CA 94203-6218**

Contact

Contact phone

**What is the nature of the claim?**    **Employment tax arrears**    **$1,715.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
    Value of security:    -
    Unsecured claim

### 5

**Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001**

Contact

Contact phone

**What is the nature of the claim?**    **Payroll tax arrears**    **$876.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
    Value of security:    -
    Unsecured claim

### 6

**GM Financial
P. O. Box 181145
Arlington, TX 76096**

**What is the nature of the claim?**    **Lease**    **$7,398.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case: 21-50957    Doc# 31    Filed: 08/16/21    Entered: 08/16/21 11:01:55    Page 2 of 7

Debtor 1    **Richard Alan Pierce**      Case number *(if known)*    21-50957 SLJ

■

**Does the creditor have a lien on your property?**

■   No

☐   Yes. Total claim (secured and unsecured)
        Value of security:    -
        Unsecured claim

Contact

Contact phone

---

**7**

**Good Samaritan Hospital**
**c/o Resurgent Capital Services**
**P.O. Box 1927**
**Greenville, SC 29602**

What is the nature of the claim?    **Collection for medical services**    **$4,720.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)
        Value of security:    -
        Unsecured claim

Contact

Contact phone

---

**8**

**Good Samaritan Hospital**
**c/o Resurgent Capital Services**
**P.O. Box 1927**
**Greenville, SC 29602**

What is the nature of the claim?    **Collection for medical services**    **$1,354.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)
        Value of security:    -
        Unsecured claim

Contact

Contact phone

---

**9**

**Good Samaritan Hospital**
**c/o Resurgent Capital Services**
**P.O. Box 1927**
**Greenville, SC 29602**

What is the nature of the claim?    **Collection for medical services**    **$1,348.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)
        Value of security:    -
        Unsecured claim

Contact

Contact phone

B 104 (Official Form 104)      For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims      Page 3

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case: 21-50957    Doc# 31    Filed: 08/16/21    Entered: 08/16/21 11:01:55    Page 3 of 7

### 10. Good Samaritan Hospital
c/o Resurgent Capital Services
P.O. Box 1927
Greenville, SC 29602

**What is the nature of the claim?** Collection for medical services — $2,026.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact
Contact phone

### 11. Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

**What is the nature of the claim?** Income tax arrears — $20,165.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact
Contact phone

### 12. Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

**What is the nature of the claim?** Income tax arrears — $18,762.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact
Contact phone

### 13. Mlnarik Law Offices
2930 Bowers Avenue
Santa Clara, CA 95051-0919

**What is the nature of the claim?** Legal Fees — $51,649.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

| Debtor 1 | Richard Alan Pierce | Case number (if known) | 21-50957 SLJ |
|---|---|---|---|

|  | No |  |  |
|---|---|---|---|
| Contact | Yes. Total claim (secured and unsecured) |  |  |
|  | Value of security: | - |  |
| Contact phone | Unsecured claim |  |  |

### 14

**Office of the U.S. Trustee**
**300 Las Vegas Blvd. South, Suite 4300**
**Las Vegas, NV 89101**

What is the nature of the claim? **Quarterly US Trustee fees for Chapter 11** — $652.00

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

### 15

**Rash Curtis & Associates**
**P. O. Box 5790**
**Vacaville, CA 95687**

What is the nature of the claim? **Collection Attorney City Of Morgan Hill Utility** — $2,340.00

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

### 16

**Richard W. Joyce and Yong Cha Joyce**
**212 E. Grand Coulee Ave.**
**Grand Coulee, WA 99133-9457**

What is the nature of the claim? **194 Lantz Drive Morgan Hill, CA 95037 Santa Clara County Single Family Residence -- used as a business corp. headquarters as well home. 4255 square** — $526,575.00

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ☐ No

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 5

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case: 21-50957    Doc# 31    Filed: 08/16/21    Entered: 08/16/21 11:01:55    Page 5 of 7

| Debtor 1 | **Richard Alan Pierce** | | Case number *(if known)* | 21-50957 SLJ |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| | Contact | ■ Yes. Total claim (secured and unsecured) | $526,575.00 | |
| | | Value of security: | - $1,750,000.00 | |
| | Contact phone | Unsecured claim | $526,575.00 | |

| 17 | | What is the nature of the claim? | 194 Lantz Drive Morgan Hill, CA 95037 Santa Clara County Single Family Residence -- used as a business corp. headquarters as well home. 4255 square | $336,112.00 |
|---|---|---|---|---|
| | **Richard W. Joyce and Yong Cha Joyce 212 E. Grand Coulee Ave. Grand Coulee, WA 99133-9457** | As of the date you file, the claim is: Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>■ None of the above apply | | |
| | | **Does the creditor have a lien on your property?** | | |
| | | ☐ No | | |
| | Contact | ■ Yes. Total claim (secured and unsecured) | $336,112.00 | |
| | | Value of security: | - $1,750,000.00 | |
| | Contact phone | Unsecured claim | $336,112.00 | |

| 18 | | What is the nature of the claim? | 194 Lantz Drive Morgan Hill, CA 95037 Santa Clara County Single Family Residence -- used as a business corp. headquarters as well home. 4255 square | $60,183.00 |
|---|---|---|---|---|
| | **Santa Clara County Tax Collector 70 W. Hedding St. San Jose, CA 95110** | As of the date you file, the claim is: Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>■ None of the above apply | | |
| | | **Does the creditor have a lien on your property?** | | |
| | | ☐ No | | |
| | Contact | ■ Yes. Total claim (secured and unsecured) | $60,183.00 | |
| | | Value of security: | - $1,750,000.00 | |
| | Contact phone | Unsecured claim | $60,183.00 | |

| 19 | | What is the nature of the claim? | 194 Lantz Drive Morgan Hill, CA 95037 Santa Clara County Single Family Residence -- used as a business corp. headquarters as well | $367,030.00 |
|---|---|---|---|---|

B 104 (Official Form 104)  For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims  Page 6

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Case: 21-50957  Doc# 31  Filed: 08/16/21  Entered: 08/16/21 11:01:55  Page 6 of 7

| Debtor 1 | Richard Alan Pierce | Case number *(if known)* | 21-50957 SLJ |
|---|---|---|---|

home. 4255 square

**Sassan Raissi, et al**
c/o Superior Loan Servicing
7525 topanga Canyon Blvd.
Canoga Park, CA 91303

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)    $2,117,030.00
          Value of security:    - $1,750,000.00
          Unsecured claim    $367,030.00

Contact

Contact phone

**20**

**Sullivan Water Co.**
175 Scheller Ave.
Morgan Hill, CA 95037-9343

**What is the nature of the claim?**    $500.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
          Value of security:    -
          Unsecured claim

Contact

Contact phone

## Part 2: Sign Below

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X **/s/ Richard Alan Pierce**
   **Richard Alan Pierce**
   Signature of Debtor 1

X
   Signature of Debtor 2

Date **August 16, 2021**

Date

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 7

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case: 21-50957    Doc# 31    Filed: 08/16/21    Entered: 08/16/21 11:01:55    Page 7 of 7