ARASTO FARSAD (SBN: 273118)
NANCY WENG (SBN: 251215)
**FARSAD LAW OFFICE, P.C.**
1625 The Alameda, Suite 525
San Jose, CA 95126
Tel: 408-641-9966
Fax: 408-866-7334
Emails: farsadlaw1@gmail.com;
nancy@farsadlaw.com

Attorneys for Debtor / debtor-in-possession

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>RICHARD ALAN PIERCE,<br><br>Debtor / debtor-in-possession. | Case No.: 21-50957 SLJ<br>Chapter 11<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO BE RELIEVED AS COUNSEL**<br><br>**Judge: Hon. Stephen L. Johnson** |

I, Arasto Farsad, hereby declare as follows:

1. I am an attorney licensed to practice law in the State of California and before the Federal Courts in all districts of California. I am a principal of Farsad Law Office, P.C., attorneys of record for Debtor herein.

2. Since late September of 2021 (after the 341 meeting with the Office of United States Trustee was concluded at the continued hearing), I requested that Debtor provide me with monthly operating reports as well as certain information to complete the required 2015.3 reports for Pierce Contractors, Inc. and another entity (Pierce Contractors Group) that the Debtor had more than a 20% shares in.

3. We were in good communication up and until about October 13, 2021. However, after that, I have not heard from the Debtor, his assistant or his son (who was also helping out).

4. The Debtor did make his September and October Adequate Protection Payments pursuant to the Court's docket entry on August 17, 2021, after the hearing on creditor Sassan Raissi's (Debtor's primary lender for his sole piece of real property in Morgan Hill) Motion for Relief from Stay (Dkt. No. 12).

5. Due to a lack of communication / contact over the past few weeks however, and with necessary information not available for required filings, we cannot continue with representation in this case. We're "stuck".

6. It's unfortunate as the Debtor is a really nice person, has been solid to work with, but, as the Court knows, he has his share of life issues due to a very sad and tragic life event.

7. If the Debtor re-appears and provides my office with what we need, we'll continue (so long as he desires to do so as well). For now, however, to show the Court that we're not stalling and/or deliberately not filings MORs, we must file the subject motion.

8. Also, if my office / Firm is relieved as counsel and the Debtor finds new counsel, we'll gladly with new counsel to hand over all files, as well as provide any insight we can.

9. I declare under penalty of perjury that the foregoing is true and correct.

Executed in San Jose, California on November 1, 2021.

/s/ Arasto Farsad
Arasto Farsad, Esq.