| | |
|---|---|
| 1 | Edward T. Weber, #194963 |
| 2 | Kristi M. Wells, #276865 |
|   | **LAW OFFICES OF EDWARD T. WEBER** |
| 3 | 17151 Newhope Street, Suite 203 |
|   | Fountain Valley, California 92708 |
| 4 | Telephone: 657-235-8359 |
| 5 | Fax: 714-459-7853 |
|   | Email: ed@eweberlegal.com |
| 6 | |
|   | Attorneys for Movant |
| 7 | SASSAN RAISSI, A SOLE INDIVIDUAL, AS TO AN UNDIVIDED 600,000/1,429,000 |
| 8 | INTEREST; JERRY KIACHIAN, A MARRIED MAN AS HIS SOLE AND SEPARATE |
|   | PROPERTY, AS TO AN UNDIVIDED 629,500/1,429,000 INTEREST; MOHSEN KEYASHJAN, |
| 9 | A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY, AS TO AN UNDIVIDED |
|   | 200,000/ 1,429,000 INTEREST |

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In Re | ) Case No.: 21-50957-SLJ |
| | ) |
| RICHARD ALAN PIERCE, | ) *Chapter 11* |
| | ) *[Subchapter V]* |
| Debtor. | ) |
| | ) **DECLARATION OF EDWARD T.** |
| | ) **WEBER RE DEFAULT OF ADEQUATE** |
| | ) **PROTECTION ORDER AND REQUEST** |
| | ) **FOR ORDER TERMINATING THE** |
| | ) **AUTOMATIC STAY** |
| | ) |
| | ) No Hearing Set/Required |
| | ) |
| | ) |

-1-

DECLARATION

Case: 21-50957   Doc# 59   Filed: 11/30/21   Entered: 11/30/21 19:29:24   Page 1 of 3

I, Edward T. Weber, declare and state:

1. I am over 18 years of age and I am an attorney at law duly licensed to practice in all courts for the State of California and admitted to practice before this Court. I am the attorney of record representing the secured creditor in this case. I have personal knowledge of the following facts, and/or I believe them to be true, based on information and belief as indicated. If called upon to testify as a witness in Court, I could and would competently testify to the facts set forth herein.

2. On August 17, 2021, the Court ordered the Debtor to make payments to secured creditor of $20,000.00 each month commencing September 1, 2021 and each month thereafter. An Order was entered by the Court on November 17, 2021. A true and correct copy of the Order is attached hereto as Exhibit "1".

3. I am informed and believe that the Debtor made the September and October, 2021 payments. However, I am informed and believe that the Debtor has not made the November 2021 payment.

4. On November 18, 2021, pursuant to the terms of the entered Order, I sent a written notice by email, and by regular first class mail to both Debtors (Richard Alan Pierce and Pierce Contractors, Inc.) at the subject property address which is also their address of record and to both counsel (Lars Fuller and Arasto Farsad), email and regular first class mail to their respective office addresses of record. I also mailed the notice to the U.S. Trustee and the Subchapter V Trustee as well. The notice stated the date of the default, the amount of the default, and that Debtor had 10-days to cure the default, or an Order would be submitted to the Court terminating the Stay as specified in the operative Order. A true and correct copy of that Notice is attached hereto as Exhibit "2".

-2-

Case: 21-50957   Doc# 59   Filed: 11/30/21   Entered: 11/30/21 19:29:24   Page 2 of 3
DECLARATION

5. As of November 30, 2021, today's date, the payment still has not been received. Attached hereto as <u>Exhibit "3"</u> is a true and correct copy of an email from secured creditor's loan servicing agent verifying this fact. Superior Loan Servicing is the entity where payments are normally sent and Superior has the responsibility of receiving and accounting for loan payments for the Debtor and secured creditor.

6. Secured creditor requests that the Court now enter an Order terminating the Automatic Stay for failure to make timely payments under its prior Order, waiving the 14-day Stay pursuant to FRBP Rule 4001(a)(3), and including relief pursuant to 11 U.S.C. Section (d)(4) as specified in the operative Order. A proposed Order is filed and served concurrently herewith.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 30th day of November, 2021 at Fountain Valley, California.

*/s/ Edward T. Weber*
Edward T. Weber