MARTA E. VILLACORTA, SBN NY 4918280
Assistant United States Trustee
TREVOR ROSS FEHR (SBN CA 316699)
Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
Office of the U.S. Trustee
280 South First Street, Ste. 268
San Jose, California 95113
Telephone: (408) 535-5525
Facsimile: (408) 535-5532
Email: Trevor.Fehr@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>RICHARD ALAN PIERCE,<br><br>                       Debtor. | Case No. 21-50957 SLJ<br><br>Chapter 11<br><br>Date: January 11, 2022<br>Time: 2:00 PM<br>Place: Video/Teleconference<br><br>Judge: Hon. Stephen L. Johnson |

**AMENDED NOTICE OF HEARING ON MOTION OF THE UNITED STATES TRUSTEE, PURSUANT TO 11 U.S.C. § 1112(b) AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 1017(f) AND 9014, TO CONVERT OR DISMISS CHAPTER 11 CASE**

     **PLEASE TAKE NOTICE** that a hearing will be held on **January 11, 2022, at 2:00 P.M.**, before the **Honorable Stephen L. Johnson, by teleconference or video conference**, on the Motion of the United States Trustee, Pursuant to 11 U.S.C. §1112(b) and Federal Rules of Bankruptcy Procedure 1017(f) and 9014, to Convert or Dismiss Case.

     **TAKE FURTHER NOTICE**, due to the current COVID-19 outbreak, the hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

     The motion is based upon this notice of hearing, the motion of the United States Trustee, the memorandum in support and declarations filed concurrently herewith, the pleadings, orders, and other documents on file in this case, and upon such evidence as may be presented to the Court at the hearing or in response to any opposition to the motion.

You may obtain a copy of the Motion, the memorandum in support, and accompanying declaration from the Court's docket on the PACER system or by contacting the undersigned.

**A response, if any, to the motion shall be made in writing and served upon the United States Trustee, and filed with the Bankruptcy Court, at least fourteen (14) days prior to the hearing date pursuant to B.L.R. 9014-1(c)(1). If there is not a timely opposition to the motion, the court may enter an order granting the requested relief by default.**

Dated: December 14, 2021

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

By: /s/ Trevor R. Fehr
Trevor R. Fehr
Attorney for the United States Trustee